IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHNNY DOE, a minor son of<br>JOHN AND JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>MARK BATES and YAHOO! INC.,<br><br>Defendants. | § § § § § § § § § § § | NO. 5:05-CV-91-DF-CMC |

## FINAL JUDGMENT

In accordance with the Court's Order, filed concurrently herewith, granting Yahoo!'s Motion to Dismiss, it is **ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE.** Any pending motions not expressly granted are hereby **DENIED**.

**SIGNED this 27th day of December, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE